UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
AUG 22 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:24-CR-58-CHB

JOCK ANGELO WORMACK, and
KAREN ARLENE BEVERLY

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

**BACKGROUND**

At all times relevant to this Indictment:

1. Cumberland Valley Regional Housing Authority (CVRHA) was located in Barbourville, Knox County, Kentucky. CVRHA helped eligible families find decent, safe, and sanitary rental housing.

2. L.C. and N.P. were employed at CVRHA and had the authority to sign checks written from CVRHA's account at Commercial Bank.

3. **KAREN ARLENE BEVERLY** was a client of CVRHA from November 19, 2021, through June 30, 2023.

4. **BEVERLY** opened BB&T accounts ending in *********5137 and *********1186 on January 5, 2021. On her accounts, the addresses listed were 1837 Highway 840, Loyall, Harlan County, Kentucky, P.O. Box 296, Loyall, Kentucky and P.O. Box 991402, Louisville, Kentucky. BB&T became Truist Bank.

5. **BEVERLY** opened Varo Bank account number ending in \*\*\*\*8242 on July 27, 2023. She listed her address as 32 Kerns Lane, Baxter, Harlan County, Kentucky and her occupation as "clergy".

6. **BEVERLY** opened Truist Bank account number ending in \*\*\*\*\*\*\*\*\*6622 on August 18, 2023. She listed her address as 1201 Kentucky Mills Drive, Louisville, Kentucky and her employer as "Smooth Con".

7. **JOCK ANGELO WORMACK** opened BB&T account numbers ending in \*\*\*\*\*\*\*\*\*7711 and \*\*\*\*\*\*\*\*8419 on November 20, 2020. On his accounts, the addresses listed were 1837 Highway 840, Loyall, Kentucky, P.O. Box 296, Loyall, Kentucky and P.O. Box 991402, Louisville, Kentucky. BB&T became Truist Bank.

8. **WORMACK** opened PNC Bank account number ending in \*\*\*\*\*\*4739 on July 20, 2023. He listed his address as 1201 Kentucky Mills Drive, Louisville, Kentucky.

9. Brink's Incorporated, in Trust for or For the Benefit of K-VA-T Food Stores, had a bank account with UMB Bank. K-VA-T Food Stores cashed checks for customers at their stores.

10. Unemployment Insurance ("UI") was, and is, a state-federal program that provides monetary benefits to eligible lawful workers. UI payments ("benefits") are intended to provide temporary financial assistance to lawful workers who are unemployed through no fault of their own. Each state sets its own additional requirements for eligibility, benefit amounts, and length of time benefits can be paid. Generally, UI weekly benefit amounts are based on a percentage of wages earned over a base period.

11. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in, or around, March 2020, and was designed to provide emergency financial assistance to Americans who were suffering the economic effects caused by the COVID-19 pandemic. The CARES Act expanded UI, and further created, and funded, the Pandemic Unemployment Assistance (PUA) program. In March 2020 the CARES Act authorized persons eligible to receive PUA benefits to also receive Federal Pandemic Unemployment Compensation (FPUC). FPUC provided additional weekly income.

## COUNT 1
## 18 U.S.C. § 1349

12. Paragraphs 1 through 9 of the Background section of this Indictment are realleged and incorporated by reference as if set forth fully herein.

13. On or about July 1, 2023, and continuing through on or about October 31, 2023, in Knox County and Harlan County, in the Eastern District of Kentucky, and elsewhere,

**JOCK ANGELO WORMACK and**
**KAREN ARLENE BEVERLY**

knowingly and voluntarily conspired with each other to commit wire fraud, that is, having devised and intended to devise a scheme to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, knowingly transmitted and caused to be transmitted by means of wire communication in interstate writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of 18 U.S.C. § 1343.

## MANNER AND MEANS

14. The manner and means used to accomplish the objectives of the scheme included, among others, the following:

15. From July 2023 through October 2023, a member of the conspiracy created, and wrote, 73 checks totaling $35,731.00 to **BEVERLY** using CVRHA's Cumberland Bank account information. The signatures of L.C. and N.P. were forged on all the checks. The checks were deposited into BB&T/Truist accounts ending in *********5137 and *********1186, Varo Bank account ending in ****8242, and Truist Bank account ending in *********6622 which were owned and controlled by **BEVERLY**.

16. From July 2023 through October 2023, a member of the conspiracy created, and wrote, 71 checks totaling $36,084.00 to **WORMACK** using CVRHA's Cumberland Bank account information. The signatures of L.C. and N.P were forged on 69 of the checks. The signature of D.M. was forged on one check and the signature of L.C. was forged on one check. The checks were deposited, or caused to be deposited, into BB&T/Truist accounts *********7711 and *********8419, and PNC bank account ending in ******4739 which were owned and controlled by **WORMACK**, and into a UMB bank account owned and controlled by Brink's Incorporated.

All in violation of 18 U.S.C. § 1349.

## COUNTS 2 - 5
## 18 U.S.C. § 1343

17. Paragraphs 1 through 9 and 12 through 16 of this Indictment are realleged and incorporated by reference as if set forth fully herein.

18. On or about the dates listed below, in Harlan County, in the Eastern District of Kentucky, and elsewhere,

**KAREN ARLENE BEVERLY**

for the purpose of executing the scheme described in Count 1 of this Indictment, and in order to effect the objects thereof, knowingly caused to be transmitted by means of wire communication in interstate commerce the items listed below:

| Count | Date | Description |
|---|---|---|
| 2 | July 31, 2023 | Wire transfer of $450.00 from CVHRA's Commercial Bank account to Varo Bank account in the name of Karen Beverly |
| 3 | August 10, 2023 | Wire transfer of $469.00 from CVHRA's Commercial Bank account to BB&T/Truist Bank account in the name of Karen Beverly |
| 4 | September 25, 2023 | Wire transfer of $468.00 from CVHRA's Commercial Bank account to BB&T/Truist Bank account in the name of Karen Beverly |
| 5 | October 24, 2023 | Wire transfer of $648.00 from CVHRA's Commercial Bank account to BB&T/Truist Bank account in the name of Karen Beverly |

Each in violation of 18 U.S.C. § 1343.

### COUNTS 6 – 9
### 18 U.S.C. § 1343

19. Paragraphs 1 through 9 and 12 through 16 of this Indictment are realleged and incorporated by reference as if set forth fully herein.

20. On or about the dates listed below, in Harlan County, in the Eastern District of Kentucky, and elsewhere,

### JOCK ANGELO WORMACK

for the purpose of executing the scheme described in Count 1 of this Indictment, and in order to effect the objects thereof, knowingly caused to be transmitted by means of wire communication in interstate commerce the items listed below:

| Count | Date | Description |
| --- | --- | --- |
| 6 | July 31, 2023 | Wire transfer of $384.00 from CVHRA's Commercial Bank account to Truist account in the name of Jock Wormack |
| 7 | August 8, 2023 | Wire transfer of $1,300.00 from CVHRA's Commercial Bank account to Truist account in the name of Jock Wormack |
| 8 | August 8, 2023 | Wire transfer of $469.00 from CVHRA's Commercial Bank account to PNC account in the name of Jock Wormack |
| 9 | October 12, 2023 | Wire transfer of $678.00 from CVHRA's Commercial Bank account to UMB account in the name of Brink's Incorporated |

Each in violation of 18 U.S.C. § 1343.

### COUNTS 10 - 11
### 18 U.S.C. § 1028A

21. The allegations contained in Paragraphs 1 through 9 and 12 through 18 of this Indictment are realleged and incorporated by reference as if set forth fully herein.

22. On or about the dates listed below, in Harlan County, in the Eastern District of Kentucky, and elsewhere,

### KAREN ARLENE BEVERLY

knowingly possessed and used, without lawful authority, means of identification of other persons listed below, that is, names and forged signatures, knowing that each such means of identification belonged to another actual person, during and in relation to the

commission of the wire fraud scheme charged in this Indictment.

| Count | Date | Initials of Victim's Name | Means of Identification Transferred, Possessed, and Used |
|---|---|---|---|
| 10 | July 31, 2023 | L.C. | Check number 988699841 in the amount of $450.00 from Cumberland Valley Housing Authority's account at Community Bank bearing the name and forged signature of L.C. |
| 11 | July 31, 2023 | N.P. | Check number 988699841 in the amount of $450.00 from Cumberland Valley Housing Authority's account at Community Bank bearing the name and forged signature of N.P. |

Each in violation of 18 U.S.C. § 1028A.

## COUNTS 12 – 13
## 18 U.S.C. § 1028A

23. The allegations contained in Paragraphs 1 through 9, 12 through 16, and 19 through 20 of this Indictment are realleged and incorporated by reference as if set forth fully herein.

24. On or about the dates listed below, in Harlan County, in the Eastern District of Kentucky, and elsewhere,

**JOCK ANGELO WORMACK,**

knowingly possessed and used, without lawful authority, means of identification of other persons listed below, that is, names and forged signatures, knowing that each such means of identification belonged to another actual person, during and in relation to the commission of the wire fraud scheme charged in this Indictment.

| Count | Date | Initials of Victim's Name | Means of Identification Transferred, Possessed, and Used |
|---|---|---|---|
| 12 | July 31, 2023 | L.C. | Check number 988599892 in the amount of $384.00 from Cumberland Valley Housing Authority's account at Community Bank bearing the name and forged signature of L.C. |
| 13 | July 31, 2023 | N.P. | Check number 988599892 in the amount of $384.00 from Cumberland Valley Housing Authority's account at Community Bank bearing the name and forged signature of N.P. |

Each in violation of 18 U.S.C. § 1028A.

**COUNTS 14 - 17**
**18 U.S.C. § 1343**

25. Paragraphs 7, 10 and 11 of the Background section of this Indictment are realleged and incorporated by reference as if set forth fully herein.

26. Beginning in March 2020, and continuing through September 2021, in Harlan County, in the Eastern District of Kentucky, and elsewhere,

**JOCK ANGELO WORMACK**

devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

**MANNER AND MEANS**

27. The manner and means used to accomplish the objectives of the scheme included, among others, the following:

28. In 2020, **WORMACK** submitted a false application to receive unemployment benefits. In the application, **WORMACK** listed his employer as Smoove

Touch, 1837 Highway 840, Loyall, Kentucky. **WORMACK** listed the CEO of Smoove Touch as Joe Anderson. **WORMACK** listed that he was unable to work due to the pandemic as the reason he was seeking unemployment benefits. **WORMACK** knew that Smoove Touch was a fictitious business and 1837 Highway 840, Loyall, Kentucky was not a valid address.

29. Pursuant to his false application for unemployment benefits, **WORMACK** received $19,038.00 in unemployment compensation in 2020 and $17,510.00 in unemployment compensation in 2021.

30. Pursuant to his false application for unemployment benefits, **WORMACK**'s unemployment benefits were deposited, via a wire, into BB&T/Truist Bank account number ending in ********8419.

## EXECUTION OF THE SCHEME

31. On or about the dates listed below, in Franklin County, in the Eastern District of Kentucky, and elsewhere,

### JOCK ANGELO WORMACK

for the purpose of executing the scheme described above, and in order to effect the objects thereof, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce the items listed below:

| Count | Date | Description |
|---|---|---|
| 14 | April 4, 2020 | Wire transfer of $600.00 into BB&T/Truist Bank account in the name of Jock Wormack |
| 15 | September 26, 2020 | Wire transfer of $215.00 into BB&T/Truist Bank account in the name of Jock Wormack |
| 16 | January 16, 2021 | Wire transfer of $258.00 into BB&T/Truist Bank account in the name of Jock Wormack |

| 17 | September 4, 2021 | Wire transfer of $215.00 into BB&T/Truist Bank account in the name of Jock Wormack |

Each in violation of 18 U.S.C. § 1343.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 981(a)(1)(C)**
**28 U.S.C. § 2461(c)**

32. By virtue of the offenses alleged in Counts 1-16 of the Indictment, **KAREN ARLENE BEVERLY and JOCK ANGELO WORMACK** shall forfeit to the United States of America any and all property, real or personal, which constitutes or is derived from proceeds traceable to the violations of 18 U.S.C. §§ 1343 and/or 1028A. Any and all interest that **KAREN ARLENE BEVERLY and JOCK ANGELO WORMACK** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

33. The property to be forfeited includes, but is not limited to, the following:

**MONEY JUDGMENT:**
A forfeiture money judgment in an amount representing the gross proceeds obtained by each of the Defendants as a result of the violations.

34. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

████████████████

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-9:** Not more than 20 years imprisonment, a fine not to exceed the greater of $250,000 or an amount not more than twice the gross gain or twice the gross loss; and 3 years supervised release.

**COUNTS 10-13:** If convicted of one count: Mandatory term of imprisonment for 2 years to run consecutively to any term of imprisonment imposed on Counts 1-9 and 14-17.

If convicted of two or more counts: 2 years imprisonment, which may run concurrently, in whole or in part, with any other term of imprisonment imposed for Counts 10-13, but consecutively to any term of imprisonment imposed on Counts 1-9 and 14-17.

Plus, not more than $250,000 fine and 1-year supervised release on each count of conviction on Counts 10-13.

**COUNTS 14-17:** Not more than 20 years imprisonment, a fine not to exceed the greater of $250,000 or an amount not more than twice the gross gain or twice the gross loss; and 3 years supervised release.

**PLUS:** Forfeiture, as alleged.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.